IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

William Theoplas Coleman,

                Plaintiff,

v.

Officer Bowker; Officer Maldanado; Rock Hill Police Department,

                Defendants.

C/A No. 0:23-cv-1849-JFA-SVH

**ORDER**

William Theoplas Coleman ("Plaintiff"), proceeding pro se, filed this civil action pursuant to 42 U.S.C. § 1983, alleging violations of his constitutional rights. The Complaint has been filed pursuant to 28 U.S.C. § 1915; § 1915A. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), the case was referred to the Magistrate Judge for initial review.

After performing an initial review of the complaint pursuant to the procedural provisions of the Prison Litigation Reform Act ("PLRA"), Pub. L. No. 104-134, 110 Stat. 1321 (1996), including 28 U.S.C. § 1915 and 28 U.S.C. § 1915A, the Magistrate Judge assigned to this action[1] issued an order informing Plaintiff that the complaint contained several deficiencies as drafted and providing him with time to file an amended complaint

---

[1] The Magistrate Judge's review is made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(d) (D.S.C.). The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the Court. *Mathews v. Weber*, 423 U.S. 261 (1976).

to correct those deficiencies. (ECF No. 5). Plaintiff filed an amended complaint on June 8, 2023.

After Plaintiff filed his amended complaint, the Magistrate Judge prepared a thorough Report and Recommendation ("Report"). (ECF No. 15). Within the Report, the Magistrate Judge opines that defendant Rock Hill Police Department be summarily dismissed. *Id.* The Report sets forth, in detail, the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

Plaintiff was advised of his right to object to the Report, which was entered on the docket on June 20, 2023.  *Id.* The Magistrate Judge required Plaintiff to file objections by July 5, 2023. *Id.* Plaintiff failed to file objections.[2] Thus, this matter is ripe for review.

A district court is only required to conduct a *de novo* review of the specific portions of the Magistrate Judge's Report to which an objection is made. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b); *Carniewski v. W. Virginia Bd. of Prob. & Parole*, 974 F.2d 1330 (4th Cir. 1992). In the absence of specific objections to portions of the Magistrate's Report, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Here, Plaintiff has failed to raise any objections and therefore this Court is not required to give an explanation for adopting the recommendation. A review of the Report

---

[2] Several weeks after the deadline to file objections, Plaintiff filed an omnibus motion in many of his pending lawsuits asking for appointment of counsel and a general extension for all time limits. (ECF No. 23). Because Plaintiff has failed to show good cause for any extensions, this motion is denied. Additionally, Plaintiff's motion for appointment of counsel is also denied as there is no right to appointed counsel in § 1983 cases. *Hardwick v. Ault*, 517 F.2d 295 (5th Cir. 1975).

and prior orders indicates that the Magistrate Judge correctly concluded that Rock Hill Police Department is subject to summary dismissal.

After carefully reviewing the applicable laws, the record in this case, and the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein by reference. (ECF No. 15). Consequently, the Rock Hill police department is summarily dismissed from this action. This matter is recommitted back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

August 7, 2023                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge